IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONTRELL OLIVER,**<br>            **Plaintiff,**<br><br>            v.<br><br>**CITY OF PHILADELPHIA,**<br>**DETECTIVE TIM BASS,**<br>**DETECTIVE WILLIAM GROSS,**<br>**DETECTIVE RICHARD HARRIS, AND**<br>**DETECTIVE RICHARD BOVA, in their**<br>**individual capacities,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-197** |

# O R D E R

   **AND NOW**, this 9th day of July, 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim (ECF No. 14) and Defendants' Detective Tim Bass, Detective William Gross, Detective Richard Harris, and Detective Richard Bova's ("the Individual Defendants") Motion to Dismiss for Failure to State a Claim (ECF Nos. 26, 31), as well as all responses in opposition thereto (ECF Nos. 15, 30), it is **HEREBY ORDERED** that Defendants' Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

   1. The Individual Defendants' Motion is **DENIED** with respect to Plaintiff Montrell Oliver's claim that Defendants Detective Tim Bass, Detective William Gross, Detective Richard Harris, and Detective Richard Bova violated Plaintiff's Fourteenth Amendment due process rights by fabricating Khalif Goldwire's statement through coercion;

   2. In all other respects, the Individual Defendants Motion is **GRANTED**.

2

3. The City of Philadelphia's Motion is **DENIED** with respect to Plaintiff's *Monell* claim.

                                          **BY THE COURT:**

                                          **S/ WENDY BEETLESTONE**

                                          **WENDY BEETLESTONE, J.**